**FILED**
J.N  JAN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 0025** |
| vs. | ) | |
| | ) | Violation: Title 18, United States |
| JEAN MARSHALL, also known as | ) | Code, Section 641 |
| "Jean Allen" | ) | |

**JUDGE HIBBLER**
MAGISTRATE JUDGE MASON

The UNITED STATES ATTORNEY charges:

Beginning in or around January 1993, continuing to in or around January 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JEAN MARSHALL, also known as "Jean Allen,"

defendant herein, did steal, purloin, and knowingly convert to her own use, money belonging to the United States, namely, approximately $81,788 in funds administered by the Social Security Administration as part of its Disability Insurance Benefits, Retirement Insurance Benefits, and Supplemental Security Income programs, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY