## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 25 - 1 | **DATE** | 1/23/2008 |
| **CASE TITLE** | U.S.A. vs. JEAN MARSHALL | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant plea of not guilty. 16.1A materials have been tendered. Status hearing set for 3/13/08 at 10:00 a.m. Parties to advise the Court if this will be a change of plea prior to the next court date. The defendant's presence will be waived if the next court date is a status hearing. The Court appoints Ralph J. Schindler, Jr. as counsel for defendant. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B).                    (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JHC |
|---|---|---|