

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 23 2008
JUDGE WILLIAM J. HIBBLER
UNITED STATES DISTRICT COURT

In the Matter of
United States of America
v.
Jean Marshall

Case Number: 08 CR 25

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Jean Marshall

---

**(A)**
SIGNATURE: [signed]
NAME: Ralph J. Schindler Jr.
FIRM: LAW OFFICES OF RALPH J. SCHINDLER
STREET: 53 West Jackson Blvd Suite 818
CITY/STATE: Chicago, IL 60604
TELEPHONE: Phone (312) 554-1040
IDENTIFICATION NUMBER: 2484471
MEMBER OF TRIAL BAR? YES [X] NO [ ]
TRIAL ATTORNEY? YES [X] NO [ ]

**(B)**
SIGNATURE: [signed]
NAME: Joshua M. Smith
FIRM: LAW OFFICES OF RALPH J. SCHINDLER
STREET: 53 West Jackson Blvd Suite 818
CITY/STATE: Chicago, IL 60604
TELEPHONE: Phone (312) 554-1040
IDENTIFICATION NUMBER: 6290793
MEMBER OF TRIAL BAR? YES [ ] NO [X]
TRIAL ATTORNEY? YES [ ] NO [X]
DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X]

**(C)**
SIGNATURE: [signed]
NAME: Rebekah Derso
FIRM: LAW OFFICES OF RALPH J. SCHINDLER
STREET: 53 West Jackson Blvd Suite 818
CITY/STATE: Chicago, IL 60604
TELEPHONE: Phone (312) 554-1040
IDENTIFICATION NUMBER: 250757 (California)
MEMBER OF TRIAL BAR? YES [ ] NO [X]
TRIAL ATTORNEY? YES [ ] NO [X]
DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X]

**(D)**
SIGNATURE: [signed]
NAME: Robert W. Gray
FIRM: LAW OFFICES OF RALPH J. SCHINDLER,
STREET: 53 West Jackson Blvd Suite 818
CITY/STATE: Chicago, IL 60604
TELEPHONE: Phone (312) 554-1040
IDENTIFICATION NUMBER: 26381-45
MEMBER OF TRIAL BAR? YES [X] NO [ ]
TRIAL ATTORNEY? YES [ ] NO [X]
DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [X]

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.