## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                               Case No.: 1:08−cr−00025
                                              Honorable William J. Hibbler

Jean Marshall

                                   Defendant.


### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

      MINUTE entry before Judge Honorable William J. Hibbler:Change of Plea Hearing is reset for 5/6/2008 at 10:30 AM at the parties' request. enter excludable delay for the period of 4/28/2008 through 5/6/2008 pursuant to 28 USC 3161(h)(8)(B)(iv). Mailed and telephone notice (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.