AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

___Northern___ DISTRICT OF ___Illinois___

UNITED STATES OF AMERICA

V.

Jean Marshall, a/k/a
Jean Allen

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 25

I, __Jean Marshall__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 6, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

[FILED stamp: MAY 6, 2008, JUDGE WILLIAM J. HIBBLER, UNITED STATES DISTRICT COURT]