UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 25-1 |
| | ) | Hon. Judge Hibbler |
| JEAN MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Filing**

To:   Mr. Yusef Dale
   Assistant U.S. Attorney
   219 S. Dearborn 5th Floor
   Chicago, Illinois 60602

   Please take notice that on Monday, July 14, 2008, I did file with the Clerk of the District Court for the Northern District of Illinois the following:

**DEFENDANT MARSHALL'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM**

A copy of which is hereby served upon you.

   Respectfully Submitted,

   /s/ Ralph J. Schindler, Jr.

   Ralph J. Schindler, Jr.
   Attorney for JEAN MARSHALL

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 CR 25-1 |
| | ) | Hon. Judge Hibbler |
| JEAN MARSHALL, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I, Ralph J. Schindler, Jr., an attorney do certify that I did serve a copy of

**DEFENDANT MARSHALL'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM**

upon:

Mr. Yusef Dale
Assistant U.S. Attorney
219 S. Dearborn 5th Floor
Chicago, Illinois 60602

and upon all other parties entitled to be served by electronic filing of such motion in accordance with Fed. R. Civ. P. 5 and LR 5.5 and the General Order on Electronic Case Filing (ECF) on this 14th Day of July 2008.

Respectfully Submitted,

/s/ Ralph J. Schindler, Jr.

Ralph J. Schindler, Jr.
Attorney for JEAN MARSHALL

Law Office of Ralph J. Schindler, Jr.
53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
(312) 554-1040